IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| | Case No. _____ |
| v. | |
| IRA RAY WARE JR. | Violations: 18 U.S.C. §§ 922(g)(1), 922(g)(3), 924(a)(8), and 2; and 26 U.S.C. §§ 5841, 5845(a)(1), 5861(d), and 5871 |

COUNT ONE

**Possession of Firearms and Ammunition by a Convicted Felon**

The Grand Jury Charges:

On or about January 23, 2025, in the District of North Dakota,

IRA RAY WARE JR.,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, to wit:

Possession of Drug Paraphernalia, in violation of N.D. Cent. Code § 19-03.4-03(2), a Class C felony, State of North Dakota, County of Cass, case number 09-2018-CR-3524, judgment entered on or about December 10, 2018;

did knowingly possess in and affecting commerce firearms and ammunition, that is:

(1) Gaucha-IGA, Model E.R., 12-gauge shotgun, Serial Number 471816;

(2) Howa, Model 1500, .270 caliber rifle, Serial Number B156463;

(3) Remington, Model 870, 12-gauge shotgun, Serial Number RS60484Y;

(4) Remington, Model 870, 12-gauge shotgun, Serial Number RS04835X;

(5) Beretta, Model PX4, 9mm pistol, Serial Number PX416821; and

(6) Approximately 338 rounds of assorted ammunition, including .270 caliber, 9mm, and 12-gauge rounds, among others;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 2.

Case 3:25-cr-00040-PDW     Document 2     Filed 02/12/25     Page 2 of 5

## COUNT TWO

**Possession of Firearms and Ammunition by a Drug User or Addict**

The Grand Jury Further Charges:

On or about January 23, 2025, in the District of North Dakota,

IRA RAY WARE JR.,

knowing that he was an unlawful user of, and addicted to, any controlled substance, did knowingly possess in and affecting commerce firearms and ammunition, that is:

(1) Gaucha-IGA, Model E.R., 12-gauge shotgun, Serial Number 471816;

(2) Howa, Model 1500, .270 caliber rifle, Serial Number B156463;

(3) Remington, Model 870, 12-gauge shotgun, Serial Number RS60484Y;

(4) Remington, Model 870, 12-gauge shotgun, Serial Number RS04835X;

(5) Beretta, Model PX4, 9mm pistol, Serial Number PX416821; and

(6) Approximately 338 rounds of assorted ammunition, including .270 caliber, 9mm, and 12-gauge rounds, among others;

In violation of Title 18, United States Code, Sections 922(g)(3), 924(a)(8), and 2.

COUNT THREE

**Possession of an Unregistered Firearm**

The Grand Jury Further Charges:

On or about January 23, 2025, in the District of North Dakota,

IRA RAY WARE JR.

knowingly possessed a firearm, namely, a Remington, Model 870, 12-gauge shotgun, Serial Number RS04835X, knowing the features that brought it within the scope of the National Firearms Act, to wit, having a barrel less than 18 inches in length, and the firearm was not registered in the National Firearms Registration and Transfer Record;

In violation of Title 26, United States Code, Sections 5841, 5845(a)(1), 5861(d), and 5871.

## FORFEITURE NOTICE

Upon conviction of one or more of the offenses alleged in this Indictment,

IRA RAY WARE JR.

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to, the following:

(1) Gaucha-IGA, Model E.R., 12-gauge shotgun, Serial Number 471816;

(2) Howa, Model 1500, .270 caliber rifle, Serial Number B156463;

(3) Remington, Model 870, 12-gauge shotgun, Serial Number RS60484Y;

(4) Remington, Model 870, 12-gauge shotgun, Serial Number RS04835X;

(5) Beretta, Model PX4, 9mm pistol, Serial Number PX416821; and

(6) Approximately 338 rounds of assorted ammunition, including .270 caliber, 9mm, and 12-gauge rounds, among others.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Mac Schneider
MAC SCHNEIDER
United States Attorney

JTR/ak