PS 8
(Rev. 2/2013)

# United States District Court
# For The
# District of North Dakota

**Petition for Action on Conditions of Pretrial Release**

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs. | ) | Docket No.: 0868 3:25CR00040-1 |
| | ) | |
| Ira Ray Ware Jr | ) | |

COMES NOW, Christine Argall, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Ira Ray Ware Jr who was placed under pretrial release supervision by the Honorable Alice R. Senechal, Magistrate Judge, sitting in the Court at Fargo, on February 25, 2025, under the following conditions:

1. The defendant must not violate federal, state, tribal, or local law while on release.

2. The defendant must advise the Office of Probation and Pretrial Services and defense counsel in writing before making any change in address or telephone number.

3. The defendant must appear in court as required and must surrender to serve any sentence imposed.

4. The defendant must sign an Appearance Bond, if ordered.

    IT WAS FURTHER ORDERED that the release of the defendant be subject to the conditions set forth below:

5. Defendant shall report to the Pretrial Services Officer at such times and in such manner as designated by the Officer. Defendant shall report to USPO Christine Arga1l at 701-530-2407.

6. Defendant shall not change their residence without prior approval of the Pretrial Services Officer.

7. Defendant shall refrain from: any use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner; any use of medical marijuana and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection process or specimen may be considered the same as a

PS 8
(Rev. 2/2013)
Ware, Ira
0868 3:25CR00040

positive test result.

8. If at any time Defendant tests positive for any prohibited substance, Defendant shall undergo a substance abuse evaluation if required by the Pretrial Services Officer and comply with resulting counseling or treatment recommendations.

9. Defendant shall undergo a mental health evaluation if required by the Pretrial Services Officer and comply with resulting counseling or treatment recommendations.

10. Except upon prior approval from the Pretrial Services Officer, the defendant's travel is restricted to North Dakota.

11. Defendant shall not obtain a passport.

12. Defendant shall not knowingly or intentionally have any direct or indirect contact with any codefendants or witnesses, except that counsel for the defendant, or counsel's agent or authorized representative, may have such contact with such person(s) as is necessary in the furtherance of the defendant's legal defense.

13. Defendant shall maintain or actively seek employment. Employment must be approved by the Pretrial Services Officer.

14. Defendant shall not possess a firearm, destructive device, or other dangerous weapon.

15. Defendant must report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

An Amended Order Setting Conditions of Release was issued on July 2, 2025, ordering the following conditions:

16. Defendant must report in person to USPO Christine Argall at the Federal Courthouse on July 3, 2025, at 1:00pm. After that meeting, defendant must report in person to USPO Argall every Monday unless directed otherwise by USPO.

17. Defendant must contact the VA to undergo a mental health/substance abuse evaluation within 30 days of his release. Defendant must follow all recommendations for treatment.

18. Defendant must report for substance abuse testing as directed.

PS 8
(Rev. 2/2013)
Ware, Ira
0868 3:25CR00040

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

1. **Violation of Condition # 18: Defendant must report for substance abuse testing as directed.** The defendant failed to report for substance abuse testing on the following dates: July 6, 2025, July 14, 2025, July 26, 2025, July 30, 2025, August 6, 2025, August 14, 2025, and August 20, 2025.

2. **Violation of Condition # 7: Defendant shall refrain from: any use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner; any use of medical marijuana and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection process or specimen may be considered the same as a positive test result.** On July 31, 2025, the defendant tested positive for amphetamines and methamphetamines. He denied the use. Test results were confirmed positive by the laboratory.

3. **Violation of Condition # 7: Defendant shall refrain from: any use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner; any use of medical marijuana and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection process or specimen may be considered the same as a positive test result.** On August 15, 2025, the defendant tested positive for amphetamines and methamphetamines. He admitted to the use.

PRAYING THAT THE COURT WILL ORDER: A warrant will be issued for the arrest of Ira Ray Ware, Jr.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

/s/ Christine Argall          08/25/2025
U.S. Pretrial Services Officer
Place: Fargo

PS 8
(Rev. 2/2013)
Ware, Ira
0868 3:25CR00040

# ORDER OF THE COURT

Considered and ordered this 25th day of August, 2025, and ordered filed and made a part of the record in the above case.

- [x] Warrant to be issued
- [ ] Summons to be issued
- [ ] Notice of hearing to be filed
- [ ] Modification of the defendant's conditions of release
- [ ] Other

_____
Alice R. Senechal
U.S. Magistrate Judge